IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Finkley Sr, Herman | Case Number: 07 B 02206 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/23/07 | Filed: 2/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 21, 2007
Confirmed: April 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,525.00 | |
| Secured: | | 140.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,784.00 |
| Trustee Fee: | | 166.91 |
| Other Funds: | | 2,434.09 |
| Totals: | 5,525.00 | 5,525.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,784.00 | 2,784.00 |
| 2. | ShoreBank | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Chicago Fire Officers Assoc | Secured | 0.00 | 0.00 |
| 5. | Chicago Fireman's Assoc CU | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 538.00 | 140.00 |
| 7. | ShoreBank | Secured | 4,379.34 | 0.00 |
| 8. | Option One Mortgage Corp | Secured | 50,225.64 | 0.00 |
| 9. | Chicago Fireman's Assoc CU | Unsecured | 1,833.85 | 0.00 |
| 10. | West Suburban Medical Center | Unsecured | 1,155.78 | 0.00 |
| 11. | Illinois Dept Of Healthcare And Family | Unsecured | 12,365.64 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 5,333.73 | 0.00 |
| 13. | HSBC Taxpayer Financial Services | Unsecured | 2,355.81 | 0.00 |
| 14. | City Of Chicago | Unsecured | 1,832.00 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 1,065.00 | 0.00 |
| 16. | Car Town | Secured | | No Claim Filed |
| 17. | ADT Security Systems | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 21. | Alliance Asset Management | Unsecured | | No Claim Filed |
| 22. | ICS | Unsecured | | No Claim Filed |
| 23. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 24. | National Quick Cash | Unsecured | | No Claim Filed |
| 25. | National Credit Collection | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Finkley Sr, Herman | Case Number: 07 B 02206 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/23/07 | Filed: 2/8/07 |

| | | | | |
|---|---|---|---|---|
| 26. | West Side Emergency Physicians | Unsecured | | No Claim Filed |
| 27. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 28. | ICS | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 83,868.79 | $ 2,924.00 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 166.91 |
| | _____ |
| | $ 166.91 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____